36 P.3d 828

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

October 12, 2001

| 23247 | Hoffman v. Hoffman | Affirmed |

**November 5, 2001**

| 23467 | State v. Turner | Affirmed |